| | |
|---|---|
| **Fill in this information to identify the case:** | |
| United States Bankruptcy Court for the: | |
| CENTRAL DISTRICT OF ILLINOIS | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Wolfe-Blurton Funeral Home Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

DBA  Blurton Funeral Homes

**3. Debtor's federal Employer Identification Number (EIN)**  46-0821387

**4. Debtor's address**

Principal place of business

400 N. Vermilion St.
Potomac, IL 61865
Number, Street, City, State & ZIP Code

Vermilion
County

Mailing address, if different from principal place of business

_____
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  blurtonfuneralhomes.com

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Wolfe-Blurton Funeral Home Inc.** _____ Case number (*if known*)_____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Wolfe-Blurton Funeral Home Inc.** _____ Case number (*if known*)_____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **Wolfe-Blurton Funeral Home Inc.**  _____  Case number (*if known*) _____
      Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 4

Debtor **Wolfe-Blurton Funeral Home Inc.**     Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 29, 2025**
MM / DD / YYYY

X **/s/ Matthew Allen Blurton**     **Matthew Allen Blurton**
Signature of authorized representative of debtor     Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Jeana K. Reinbold**     Date **July 29, 2025**
Signature of attorney for debtor     MM / DD / YYYY

**Jeana K. Reinbold**
Printed name

**Sgro, Hanrahan, Durr, Rabin & Reinbold, LLP**
Firm name

**1119 S. 6th Street**
**Springfield, IL 62703**
Number, Street, City, State & ZIP Code

Contact phone **217-789-1200**     Email address **jeana@casevista.com**

**6272531 IL**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Wolfe-Blurton Funeral Home Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ameren-Hoopeston P.O. Box 88034 Chicago, IL 60680 | | Services rendered | | | | $1,862.90 |
| Batesville Caskets P.O. Box 644559 Pittsburgh, PA 15264 | | Trade debt | | | | $3,847.98 |
| City Magnet, Inc. % MCS P.O. Box 2 Carl Junction, MO 64834 | | Services rendered | | | | $1,602.00 |
| Emmy Capital Group % Empire Recovery 10 W. 37th St. 6E Rm. 602 New York, NY 10018 | | Loan | | | | $9,397.90 |
| Ford Motor Credit Company P.O. Box 35915 Cleveland, OH 44135-0915 | | 2017 Ford Expedition; Debtor surrendering property | | $39,754.16 | $25,000.00 | $14,754.16 |
| Illinois Department of Revenue Attn: Bankruptcy Dept. P.O. Box 19035 Springfield, IL 62794 | | Sales taxes 2023-2024 | | | | $20,815.46 |
| Illinois Department of Revenue Attn: Bankruptcy Dept. P.O. Box 19035 Springfield, IL 62794 | | Withholding taxes 2023 | | | | $3,216.58 |

Debtor **Wolfe-Blurton Funeral Home Inc.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Indiana Media Group**<br>1133 Jackson St.<br>Anderson, IN 46016 | | Services rendered | | | | $6,085.50 |
| **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>P.O. Box 7346<br>Philadelphia, PA 19101 | | Real estate formerly used as funeral home at 907 W. Main, Hoopestown, IL and all assets; amount of tax lien is estimated | | $35,000.00 | $25,000.00 | $13,274.22 |
| **Kelley Vault**<br>1901 W. Springer Dr.<br>Champaign, IL 61821 | | Trade debt | | | | $7,339.39 |
| **Leviton Law Firm/Astral Industries**<br>1 Pierce Place Suite 725W<br>Itasca, IL 60143 | | Services rendered | | | | $12,099.24 |
| **Northern Indiana Crematory Corp.**<br>222 N. Thomas Road<br>P.O. Box 11100<br>Fort Wayne, IN 46855-1100 | | Services rendered | | | | $4,022.10 |
| **Northwest Bank**<br>100 Liberty St.<br>P.O. Box 128<br>Warren, PA 16365 | | Real estate and assets of funeral home located at 309 East Washington Street, Hoopeston, IL 60942 | | $376,513.92 | $250,000.00 | $147,833.25 |
| **Synchrony Bank / Lowes**<br>% Credit Control<br>3300 Rider Trail S.<br>Suite 500<br>Earth City, MO 63045 | | Credit card purchases | | | | $2,681.15 |
| **The Gifford State Bank**<br>304 S. Main Street<br>P.O. Box 400<br>Gifford, IL 61847 | | Real estate and assets of funeral home at 400 North Vermilion St., Potomac, IL 61865 | | $290,000.00 | $145,000.00 | $159,412.37 |

Debtor **Wolfe-Blurton Funeral Home Inc.**　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **The Gifford State Bank**<br>304 S. Main Street<br>P.O. Box 400<br>Gifford, IL 61847 | | **400 North Vermilion St., Potomac, IL 61865; loan to repair roof** | | $23,916.14 | $145,000.00 | $23,916.14 |
| **Vermilion County Treasurer**<br>201 N. Vermilion St.<br>First Floor<br>Danville, IL 61834 | | **2024 real estate taxes for 309 E. Washington, Hoopeston, IL 60942 (Parcel Numbers 03-12-303-027, 03-12-303-026)** | | $6,750.40 | $0.00 | $6,750.40 |
| **Vermilion County Treasurer**<br>201 N. Vermilion St.<br>First Floor<br>Danville, IL 61834 | | **2024 real estate taxes for 400 N. Vermilion, Potomac, IL 61856 (Parcel Number 12-03-200-016)** | | $4,557.78 | $0.00 | $4,557.78 |
| **WebBank**<br>% MRS BPO LLC<br>1930 Olney Ave.<br>Cherry Hill, NJ 08003 | | **Loan** | | | | $39,840.03 |
| **Webbank/PayPal**<br>% American Coradius International, LLC<br>2420 Sweet Home Rd. Ste. 150<br>Buffalo, NY 14228 | | **Loan** | | | | $1,738.88 |

Official form 204　　　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims　　　　page 3

# United States Bankruptcy Court
## Central District of Illinois

In re **Wolfe-Blurton Funeral Home Inc.**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Wolfe-Blurton Funeral Home Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Matthew Allen Blurton**
**400 N. Vermilion St.**
**Potomac, IL 61865**

☐ None [*Check if applicable*]

**July 29, 2025**
Date

**/s/ Jeana K. Reinbold**
**Jeana K. Reinbold**
Signature of Attorney or Litigant
Counsel for **Wolfe-Blurton Funeral Home Inc.**
**Sgro, Hanrahan, Durr, Rabin & Reinbold, LLP**
**1119 S. 6th Street**
**Springfield, IL 62703**
**217-789-1200**
**jeana@casevista.com**